IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMER SULIEMAN<br>Plaintiff/Petitioner<br>vs.<br>JEBARA IGBARA; JOUMANA DANOUN; MOTASHEM R. KHALIL<br>Defendant/Respondent | Hearing Date:<br>INDEX NO: 1:20-CV-06032-DG-RLM<br>Index Date: 12/10/2020<br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS; COMPLAINT; COVER SHEET; DISCLOSURE STATEMENT |

Received by **Anthony L. Iavarone**, on the **18th day of January, 2021 at 1:31 PM** to be served upon **JOUMANA DANOUN** at **69 MAIN STREET 806, FORT LEE, Bergen County, NJ 07024**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of January, 2021 at 1:49 PM** at the address of **367 KNICKERBOCKER AVE, PATERSON, Passaic County, NJ 07503**, this affiant served the above described documents upon **JOUMANA DANOUN** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with **John Doe**, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of ___Jan 23 2021___, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

JOUMANA DANOUN
367 KNICKERBOCKER AVE
PATERSON, NJ 07503

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**John Doe, WHO REFUSED TO GIVE NAME, ROOMMATE, CO-RESIDENT,** who tried to refuse service by dropping documents and did not state reason for refusal (documents left, seen by subject), a black-haired Middle Eastern male approx. 18-25 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.

Executed on ___Jan 24___, 20_21_.

Anthony L. Iavarone, NJ

ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW _Jersey_ COUNTY OF _Bergen_
SWORN TO AND SUBSCRIBED BEFORE ME THIS _24_ OF _Jan_ 20 _21_ BY _Lauren Iavarone_ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN ___ OR PRODUCED IDENTIFICATION ___
TYPE OF IDENTIFICATION PRODUCED_____

Page 1 of 1
FOR: J. Iandolo Law, PC
REF: REF-7111371

Tracking #: 0063909300

