## IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMER SULIEMAN**<br>Plaintiff/Petitioner<br>vs.<br>**JEBARA IGBARA; JOUMANA DANOUN; MOTASHEM R. KHALIL**<br>Defendant/Respondent | Hearing Date:<br>INDEX NO:   **1:20-CV-06032-DG-RLM**<br>Index Date:   **12/10/2020**<br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS; COMPLAINT; COVER SHEET; DISCLOSURE STATEMENT** |

Received by **Anthony L. Iavarone**, on the **21st day of December, 2020 at 3:21 PM** to be served upon **MOTASHEM R. KHALIL** at **6208 JACKSON STREET APT 3A, WEST NEW YORK, Hudson County, NJ 07093**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of January, 2021 at 3:02 PM** at the address of **6208 JACKSON STREET APT 3A, WEST NEW YORK, Hudson County, NJ 07093**, this affiant served the above described documents upon **MOTASHEM R. KHALIL** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with **Ikram Khalil**, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of ___Jan 4 2021___, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

**MOTASHEM R. KHALIL**
**6208 JACKSON STREET APT 3A**
**WEST NEW YORK, NJ 07093**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Ikram Khalil, PARENT, CO-RESIDENT**, who accepted service with direct delivery, with identity confirmed by subject stating their name, a brown-haired Hispanic female approx. 35-45 years of age, 5'-5'4" tall and weighing 120-140 lbs with an accent.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.

Executed on ___Jan 4___, 20_21_.

_____
**Anthony L. Iavarone, NJ**
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp, 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW **Jersey** COUNTY OF **Bergen**
SWORN TO AND SUBSCRIBED BEFORE ME THIS _4_ OF _Jan_ 20_21_ BY ___Lauren Iavarone___ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME
PERSONALLY KNOWN _X_ OR PRODUCED IDENTIFICATION _____
TYPE OF IDENTIFICATION PRODUCED _____

**LAUREN IAVARONE**
Commission # 50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025