# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Amer Sulieman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:20-cv-6032 |
| Jebara Igbara, Joumana Danoun, Motashem Khalil | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MOTASHEM KHALIL.

Date: 02/11/2021

*Attorney's signature*

Alexander F. Duke
*Printed name and bar number*

Alexander F. Duke PC
300 Cadman Plaza
Suite 1200
Brooklyn N.Y. 11201
*Address*

Alexander.Duke@DukeLawFirmPC.com
*E-mail address*

(914) 552-7755
*Telephone number*

*FAX number*

Print   Save As...   Reset