IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMER SULIEMAN**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**JEBARA IGBARA; JOUMANA DANOUN; MOTASHEM R. KHALIL**<br><br>Defendant/Respondent | Hearing Date:<br>INDEX NO:    **1:20-CV-06032-DG-RLM**<br>Index Date:    **12/10/2020**<br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS; COMPLAINT; COVER SHEET; DISCLOSURE STATEMENT** |

Received by **Anthony L. Iavarone**, on the **20th day of February, 2021 at 7:30 AM** to be served upon **JEBARA IGBARA** at **69 MAIN STREET 806, FORT LEE, Bergen County, NJ 07024**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of February, 2021 at 1:25 PM**, this affiant served **JEBARA IGBARA** by duly posting the above listed documents, by then and there personally affixing 1 true and correct copy(ies) thereof, to the front door of the property known as: **1304 84TH ST, NORTH BERGEN, Hudson County, NJ 07047**.

First class mailing was completed on _Feb 25 2021_ by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential. Affiant was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there:

Executed on _Feb 25_, 20_21_

_[signature]_

Anthony L. Iavarone, NJ

ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW ~~York~~ Jersey COUNTY OF _Bergen_
SWORN TO AND SUBSCRIBED BEFORE ME THIS _25_ OF _Feb_ 20_21_ BY _Lauren Iavarone_ (AFFIANT NAME)

_[signature]_
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN _✓_ OR PRODUCED IDENTIFICATION _____
TYPE OF IDENTIFICATION PRODUCED_____



LAUREN IAVARONE
Commission #50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025



Page 1 of 1
FOR: **J. Iandolo Law, PC**
REF: **REF-7111371**

Tracking #: **0065680266**