| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: Diane Gujarati<br>         U.S. District Judge | Date:  3/31/2021<br>Time:  2:00 p.m. |

Court Deputy: Kelly Almonte
Court Reporter/Tape No: 20cv06032.3.31.21

*Sulieman v. Igbara et al*
20-CV-6032 (DG)(RLM)

Type of Conference: Pre-Motion

Appearances:   Plaintiff      Jeremy M Iandolo

              Defendants    Alexander F. Duke

Summary: Pre-Motion Conference held on Wednesday, March 31, 2021 at 2:00 p.m. Jeremy Iandolo appeared on behalf of Plaintiff. Alexander Duke appeared on behalf of Defendant Motashem R. Khalil. Defendants Jebara Igbara and Joumana Danoun did not appear. Case called. Defendant Khalil's anticipated motion to dismiss the Complaint was discussed. Plaintiff was granted leave to file an amended complaint no later than April 21, 2021. As required by Judge Gujarati's Individual Practice Rules, Plaintiff is also directed to submit to chambers via email at Gujarati_Chambers@nyed.uscourts.gov, a redline copy or the equivalent of its Amended Complaint. Should Defendant wish to renew his motion to dismiss after the Complaint has been amended, defense counsel shall submit a pre-motion letter to that effect.

                                            SO ORDERED.


                                            /s/ Diane Gujarati
                                            DIANE GUJARATI
                                            United States District Judge