UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMER SULIEMAN

        Plaintiff(s),

  v.                 I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

        Defendant(s).

---

## REQUEST FOR ENTRY OF DEFAULT

  Plaintiff(s), Laine Morton, request(s) that the Clerk of Court enter Default against Defendant(s), JEBARA IGBARA and JOUMANA DANOUN, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated April 6, 2021

*Jeremy M. Gandolo*

---

        Attorney for Plaintiff