UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────

AMER SULIEMAN

                    Plaintiff(s),

      v.                                                    I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                    Defendant(s).
───────────────────────────────

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Jeremy M. Iandolo, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on December 10, 2020.

3. Defendant, Jabara Igbara was served with a copy of the summons and complaint on February 20, 2021, and an answer by Jabara Igbara was due on or before March 20, 2021.

4. Defendant, Joumana Danoun, was served with a copy of the summons and complaint on January 23, 2021 and an answer was due by Joumana Danoun on or before February 23, 2021.

5. Defendants have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

6. Plaintiff requests that the clerk of court enter default against Defendants, Jabara Igbara and Joumana Danoun.

Dated April 6, 2021

                                                                    *Jeremy M. Iandolo*
                                                                    ───────────────────────
                                                                    Attorney for Plaintiff