UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

AMER SULIEMAN

                          Plaintiff(s),

     v.                                         I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                          Defendant(s).
_____


## **ENTRY OF DEFAULT**

     It is appearing that Defendants

Jabara Igbara AND Joumana Danoun

are in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this day of March 31, 2021.


                                                  Clerk of Court
                                     United States District Court


                               By:
                                         Deputy Clerk