UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

AMER SULIEMAN

                Plaintiff(s),

    v.                                 I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                Defendant(s).
_____

## CERTIFICATE OF SERVICE

    I, JEREMY IANDOLO, hereby certify that I am employed by J. Iandolo Law, PC and am of such age and discretion as to be competent to serve papers.

    I further certify that on this date I caused a copy of the Request for Entry of Default, Affidavit in Support of Request for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

    Addressee:

Jabara Igbara – 69 Main Street 806, Fort Lee, Bergan County, NJ 07024

Joumana Danoun -  367 Knickerbocker Avenue, Paterson Passaic County NJ 07503

Dated April 6, 2021

*Jeremy M. Iandolo*
_____