# ALEXANDER F. DUKE P.C.

*Licensed to Practice Law in New York, New Jersey & California*

P| (914) 552 7755
F| (914) 560 2250
E| alexander.duke@dukelawfirmpc.com

**NEW JERSEY**
One Gateway Center, Suite 2600
Newark, N.J. 07102

**NEW YORK**
300 Cadman Plaza W.
Suite 1200
Brooklyn, N.Y. 11201

June 1, 2021

**VIA EMAIL AND REGULAR MAIL**
J. Iandolo Law P.C.
7621 13th Avenue
Brooklyn, New York 11228

Re: Sulieman v Igbara, et al 1:20-cv-6032

Dear Counselor:

As you know, we represent defendant Motasem Khalil in this matter.

Pursuant to the Court's instruction at Docket #13, attached please find the Notice of Motion, Attorney Affirmation and Memorandum of Law on behalf of Mr Khalil.

Should you wish to discuss, please do not hesitate to contact the undersigned.

Very Truly Yours,
ALEXANDER F. DUKE P.C.

By: Alexander F. Duke