# EXHIBIT 2





4:11

+1 (201) 362-9462

Tue, Sep 29, 12:31 PM

Bro i put the 118 it came back

Wed, Sep 30, 10:06 AM

The check came back

I want cert checks for my Money bro this shit is crazy

Fri, Oct 2, 4:09 PM

Yo wats going on wit my money bro ya think this is a game ya gave me checks and ya stopped one and now i dont got my bread stop thinking this is a game ya dont know how bad this is

Delivered

