# EXHIBIT 3

WELLS FARGO BANK
SOUTH PATERSON
273 CROOKS AVE PATERSON, NJ 07509

1002
55-2/212

MOTASEM R KHALIL
6208 JACKSON ST APT 3A
WEST NEW YORK, NJ 07093-5345

DATE 09/25/2020

PAY TO THE ORDER OF A. Chess And Sales    $ 118,500

One hundred eighty thousand five hundred DOLLARS

⑆021200025⑆ 983306418⑈ 2⑆1002

Morgan Chase Bank, N.A. Member FDIC

Account #   983306418 2
Routing #   02120002
Check #     0000000001002

Reason for return

Stop payment

©2020 JPMorgan Chase & Co.    Equal Opportunity Lender

/secure03b.chase.com/web/auth/dashboard#/dashboard/overview/Accounts/overview/accountSummaryDetail;flyout=transactionImageDetails,48...

**WELLS FARGO BANK**
SOUTH PATERSON 273 CROOKS AVE PATERSON, NJ 07503

1001
55-2/212

DATE 06-25-2020

PAY TO THE ORDER OF  A Class Auto Sales    $ 250,000

Two hundred fifty thousand                                DOLLARS

MOTASEM R KHALIL
6208 JACKSON ST APT 3A
WEST NEW YORK   NJ 07093-5345

⑆200025⑆ 983306⑆ 182⑆ 1001