Case Name:_____   Case Number:_____ CV -_____ (____) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held |  |  |  |
| 2. Rule 26(a)(1) disclosures exchanged |  |  |  |
| 3. Requested: |  |  |  |
|     a. Medical records authorization |  |  |  |
|     b. CPL § 160.50 releases for arrest records |  |  |  |
|     c. Identification of John Doe/Jane Doe defendants |  |  |  |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed |  |  |  |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) |  |  |  |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand |  |  |  |
| 2. Defendant to make settlement offer |  |  |  |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) |  |  |  |
| 4. Settlement Conference (proposed date) |  |  |  |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties |  |  |  |
| 2. Motion to amend pleadings |  |  |  |
| 3. Initial documents requests and interrogatories |  |  |  |
| 4. All fact discovery to be completed (including disclosure of medical records) |  |  |  |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed |  |  |  |

Rev. 06-28-2021

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 6. Expert discovery (only if needed) *Check here if not applicable* ☐ | | | |
| Plaintiff expert proposed field(s) of expertise: | | | |
| Defendant expert proposed field(s) of expertise: | | | |
| a. Affirmative expert reports due | | | |
| b. Rebuttal expert reports due | | | |
| c. Depositions of experts to be completed | | | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | |
| 9. If any party seeks a **dispositive motion**, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | | | |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☐ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☐ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____
**MARCIA M. HENRY**                              **Date**
United States Magistrate Judge

Rev. 06-28-2021