

*7621 13ʰ Avenue, Brooklyn NY 11228*
*718.305.1702  Office*
*718.395.1732  Fax*
*JIandolo@jiandololaw.com*

October 27, 2021

**VIA ECF**
Honorable Marcia M. Henry
225 Cadman Plaza E.
Brooklyn New York
11201

      **Re:**    *Sulieman v. Motashem R. Khalil et al.*
               **Case No. 20cv6032**

Dear Judge Henry:

      Pursuant to the courts order dated October 27, 2021, the parties have met and conferred regarding the contents of the herein letter and hereby submit the enclosed joint status report regarding discovery and settlement. Plaintiffs served their Rule 26 Disclosures upon Defendants and later, om September 29, 2021, served Defendant, Khalil with a Request for Production as well as a Demand for Interrogatories, of which have yet to be answered.
      Thereafter, on October 14, 2021, Defendant Khalil served both a Demand for Interrogatories as well as a Request for Production, of which too have yet to be answered. As Counsel has attempted to meet with Plaintiff, and but for Plaintiff's medical condition has not had the opportunity to meet with him – but intends to do so within the near future.
      Lastly, the parties hereto have yet to enter into meaningful settlement discussion.

                                                         Sincerely,
                                                         /s/
                                                         Jeremy M. Iandolo, Esq.