| | |
|---|---|
| <u>ALEXANDER F. DUKE P.C.</u> | 300 Cadman Plaza West<br>Suite 1200<br>Brooklyn, N.Y. 11201 |
| *Licensed to Practice Law in New York, New Jersey & California* | NJ Office:<br>One Gateway Center, Suite 2600<br>Newark, N.J. 07102 |
| E: Alexander.Duke@DukeLawFirmPC.com<br>P: 914-552-7755<br>F: 914-560-2250 | |

May 19, 2022

**<u>VIA ECF</u>**
Hon. Diane Gujarati, U.S.D.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

            Re: <u>Amer Sulieman v. Jebara Igbara, Joumana Danoun, and Motashem Khalil</u>
                **1:20-cv-6032**

Dear Hon. Gujarati:

      This office represents defendant Motashem Khalil ("Khalil") in the above-entitled action. On April 20, 2022, your honor adopted the report and recommendation of Magistrate Judge Henry, which granted in part and denied in part Khalil's motion to dismiss the counts asserted against him in the Complaint (Dk#24). The Court dismissed all of the counts against Khalil, except granted plaintiff leave to file a Second Amended Complaint, by May 18, 2022. A Second Amended Complaint was not filed on ECF nor received by this office as of that date.

      Accordingly, we respectfully request that the Court issue a judgment and order pursuant to Fed. R. Civ. P. 41, dismissing defendant Motashem Khalil from this case, with prejudice.

      Thank you.

Regards,
**ALEXANDER F. DUKE P.C.**

<u>S/Alexander Duke AD1701</u>
By: Alexander F. Duke