UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AMER SULIEMAN,

                                         **STIPULATION**

v.

                                       CIVIL ACTION# 1:20-cv-06032

JEBARA IGBARA, MOTASHEM R. KHALIL, and
JOUMANA DANOUN.,

                        Defendants
-----------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys that, pursuant to Fed. R. Civ. P. 41, the Complaint and all claims made therein against defendant MOTASHEM R. KHALIL, only, are hereby discontinued, *with prejudice*, without costs to either party as against the other. This stipulation may be executed in counterparts and may be filed without further notice.

**ALEXANDER F. DUKE P.C.**

By: Alexander F. Duke
300 Cadman Plaza, 12th Floor
Brooklyn, N.Y. 11201
Phone: 914-552-7755
Alexander. Duke@DukeLawFirmPC.com
Attorneys for Defendant MOTASHEM R. KHALIL

**J. IANDOLO LAW P.C.**

By: Jeremy M. Iandolo
7621 13th Avenue
Brooklyn, N.Y. 11228
Phone: 718-305-1702
jiandolo@jiandololaw.com
Attorneys for Plaintiff

SO ORDERED

_____
Honorable Diane Gujarati, U.S.D.J.