

*7621 13ʰ Avenue, Brooklyn NY 11228*
*718.305.1702 Office*
*718.395.1732 Fax*
*JIandolo@jiandololaw.com*

February 8, 2022

**VIA ECF**
Honorable Marcia M. Henry
225 Cadman Plaza E.
Brooklyn New York, 11201

    **Re:** *Sulieman v. Motashem R. Khalil et al.*
       **Case No. 20cv6032**

Dear Judge Henry:

  Pursuant to the courts order dated October 27, 2022, the Plaintiff writes to advise the Court of the status of the herein matter. As the Court has taken notice at the last conference, Plaintiff filed a request for a certificate of Default, pursuant t o Fed R. Civ. P. 55(a) on April 6, 2021, against Defendants, Igbara and Danoun. (*ECF Dkt No. 12*). However, the Clerk of the Court has yet to enter said default, so that the undersigned could make the follow-up filling.
  As for Defendant, Motashem R. Khalil, subsequent protracted discovery, the parties believed that it would be in the best interest of all that Defendant Khalil be dismissed from the herein action; thus, the counsel for Khalil and Plaintiff entered a stipulation dismissing the matter solely against Khalil. (*ECF Dkt. No. 26*).
  In light of the aforesaid, once the entry of default is entered Plaintiff seeks to file its request for entry of Default judgment for sum certain, its affidavit in support of request for default judgment for sum certain and statement of amount owed, pursuant to (Fed. R. CIV. P. 55(b)(1)).
  If this Court requires any further information, it shall be furnished.

            Sincerely,

            *Jeremy M. Iandolo*

            Jeremy M. Iandolo, Esq.