UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMER SULIEMAN

                    Plaintiff,                                  20-cv-06032-DG-MMH

    -     against  –                             **CERTIFICATE OF DEFAULT**

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                    Defendants.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants JEBARA IGBARA and JOUMANA DANOUN, have not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendants JEBARA IGBARA and JOUMANA DANOUN, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                  BRENNA B. MAHONEY, Clerk of the Court

Dated: Brooklyn, New York            By: ___*Jalitza Poveda*_____
       November 7, 2022                            Deputy Clerk