UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMER SULIEMAN

              Plaintiff(s),

     v.

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

              Defendant(s).

I:20-CV-06032

---

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff, Amer Sulieman, requests that the Clerk of Court enter Judgment by Default against Defendant(s), Jebara Igbara and Joumana Danoun, pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.


Dated November 8, 2022

                                         Attorney for Plaintiff