UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMER SULIEMAN

                Plaintiff(s),

    v.                                                      I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                Defendant(s).

## JUDGMENT FOR SUM CERTAIN
## BY DEFAULT

Defendants, Jabara Igbara and Joumana Danoun, were served with the Summons and Complaint in this action on February 24, 2021 and on January 23, 2021 respectively, and the time for defendants to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55 of the Local Rules of Practice of the United States District Court for the Western District of New York, it is hereby

    ADJUDGED that the plaintiff, Amer Sulieman, recover from the defendants the sum of $290,000, the amount claimed plus 7% interest and attorney fees in, amounting in all to $ 341,129.33, plus interest on the judgment at the legal rate until the judgment is satisfied, and that the plaintiff have execution therefore.

                                                                     Clerk of Court
                                                      United States District Court

JUDGMENT ENTERED THIS _____ DAY OF _____, 2022.