UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMER SULIEMAN

　　　　　　　　　Plaintiff(s),

　　　v.　　　　　　　　　　　　　　　　　　I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

　　　　　　　　Defendant(s).

---

### CERTIFICATE OF SERVICE

　　　I, JEREMY M, IANDOLO, hereby certify that I am employed by J. Iandolo Law, PC and am of such age and discretion as to be competent to serve papers.

　　　I further certify that on this date I caused a copy of the Request for Default Judgment, Affidavit in Support of Request for Default and Statement of Amount Due, and proposed Default Judgment to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

Addressee:

Jabara Igbara – 69 Main Street 806, Fort Lee, Bergan County, NJ 07024

Joumana Danoun -  367 Knickerbocker Avenue, Paterson Passaic County NJ 07503

Dated November 8, 2022