

*7621 13ᵗʰ Avenue, Brooklyn NY 11228*

*718.305.1702  Office*

*718.395.1732  Fax*

*J.Iandolo@jiandololaw.com*

J. IANDOLO LAW

December 5, 2022

**VIA ECF**
Honorable Marcia M. Henry
225 Cadman Plaza E.
Brooklyn New York, 11201

>        Re:   ***Sulieman v. Motashem R. Khalil et al.***
>              **Case No. 20cv6032**

Dear Judge Henry:

    Pursuant to the courts order dated December 1, 2022, Plaintiff as elected to withdraw its first motion for default (ECF Dkt. 29), without prejudice and with leave to renew, per the courts December 12, 2022, order.  Thus, considering the holiday season, Plaintiff proposes that they  shall file its second Motion for Default judgment by January 7, 2022.

    Thank you in advance for your attention to this matter.

                                    Sincerely,

                                    *Jeremy M. Iandolo*

                                    Jeremy M. Iandolo, Esq.