UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMER SULIEMAN

                Plaintiff(s),

v.                                                                      I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                Defendant(s).

---

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff, Amer Sulieman, requests that the Clerk of Court enter Judgment by Default against Defendants, Jebara Igbara and Joumana Danoun, pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Dated January 2, 2023

                                                          Attorney for Plaintiff
                                                          J. Iandolo Law, PC
                                                          Jeremy M. Iandolo
                                                          7621 13th Avenue
                                                          Brooklyn New York, 11228