UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMER SULIEMAN

                Plaintiff(s),

    v.                                                    I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                Defendant(s).

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT FOR SUM CERTAIN and STATEMENT OF AMOUNT DUE

I, Jeremy M. Iandolo, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The amount due in this action is $298,700:

$290,000.00 (principal)

$49,768.15 ( compounded interest at the rate of 7%):

| | |
|---|---|
| 290,000 x .07 = | $20,3000 |
| 310,300 x .07 = | $21,721 |
| 332.021 x .07 = 23,241.47 / 3 = | $7,747.15 |
| | **49,768.15** |

3. This action was filed on or about 12/10/2020. Proof of service documents duly filed in the docket of this case show that defendant was served with the Summons and Complaint in this action more than twenty (20) days ago, that defendant is not in military service, or an infant or incompetent.

4. Defendant did not answer or otherwise appear in the above-entitled action and time to do so has lapsed.

5. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against the defendants, Jabara Igbara and Joumana Danoun, on March 31, 2021

6. Upon information and belief, the amount of $298,700 is justly due and owing and no part thereof has been paid except as herein set forth.

7. The disbursements set forth in this affidavit and sought to be taxed have been made in the action or will necessarily be made or incurred therein.

Dated January 2, 2023

Attorney for Plaintiff
J. Iandolo Law, PC
Jeremy M. Iandolo
7621 13th Avenue
Brooklyn New York, 11228