UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMER SULIEMAN

                Plaintiff(s),

    v.                                            1:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                Defendant(s).

---

### CERTIFICATE OF SERVICE

I, JEREMY M. IANDOLO, hereby certify that I am a member of J. Iandolo Law, PC and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Request for Default Judgment, Affidavit in Support of Request for Default and Statement of Amount Due, and Judgment for a sum certain to be placed in a postage-paid envelope addressed to the defendants, at the addresses stated below, which are the last known addresses of said defendants, and deposited said envelopes in the United States mail.

Addressee:

Jabara Igbara – 69 Main Street 806, Fort Lee, Bergan County, NJ 07024

Joumana Danoun - 367 Knickerbocker Avenue, Paterson Passaic County NJ 07503

Dated January 9, 2023

*[signature]*