UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMER SULIEMAN

                            Plaintiff(s),

      v.                                                    1:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                            Defendant(s).

---

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

      Plaintiff, Amer Sulieman, requests that the Clerk of Court enter Judgment by Default against Defendants, Jebara Igbara and Joumana Danoun, pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the statement of amount due, memorandum in law in support and affidavit submitted herein.

      Thus, Plaintiff is requesting the sum certain of $372,922.30; representing the unpaid principal of $290,000 along with 9% statutory interest pursuant to CPLR 5001 and CPLR 5004; representing prejudgment interest from the time the breach occurred in September 2020, through the present totaling $82,922.30.

Dated July 31, 2023

                                                                Attorney for Plaintiff
                                                                J. Iandolo Law, PC
                                                               Jeremy M. Iandolo
                                                               8212 3rd Avenue
                                                               Brooklyn New York, 11209