# EXHIBIT 2







To: Jay Mazini

Ok

Damn you didn't even wait

Lmaoooo

Homie said 12:00AM on the dot

> Lmao

> Im so lazy i hate the bank on weekdays

They're gonna call me to verify Insh'Allah

But we good

> Yea diff they will

What time did you put it in?

> Like morning time













