UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMER SULIEMAN

                      Plaintiff(s),

v.                                                    I:20-CV-06032

JEBARA IGBARA; JOUMANA DANOUN;
MOTASHEM R. KHALIL

                      Defendant(s).

---

## CERTIFICATE OF SERVICE

I, JEREMY M, IANDOLO, hereby certify that I am a member of J. Iandolo Law, PC and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Request for Default Judgment, Affidavit in Support of Request for Default and Statement of Amount Due, and proposed Default Judgment to be placed in a postage-paid envelope addressed to the defendants, at the addresses stated below, which are the last known addresses of said defendants, and deposited said envelopes in the United States mail.

Addressee:
Jabara Igbara – 69 Main Street 806, Fort Lee, Bergan County, NJ 07024

Joumana Danoun - 367 Knickerbocker Avenue, Paterson Passaic County NJ 07503

Dated August 1, 2023